## Vernon KIMBROUGH v. UNITED STATES.

### No. 10639.

United States Court of Appeals
Sixth Circuit.

Dec. 7, 1948.

Charles L. Shank, of Cincinnati, Ohio, for appellant.

Claude P. Stephens, of Lexington, Ky., for appellee.

Before ALLEN, MARTIN, and McALLISTER, Circuit Judges.

PER CURIAM.

This case came on to be heard on the record and briefs and oral argument of counsel; and no reversible error appearing in the record: It is ordered that the judgment be, and it hereby is, affirmed on the authority of Pinkerton v. United States, 328 U.S. 640, 66 S.Ct. 1180, 90 L.Ed. 1489.

And it appearing that appellant, being represented by experienced counsel, in open court signed a waiver of prosecution by indictment and consented to prosecution by information instead of by indictment, which waiver was also signed by his counsel;

And it appearing that appellant entered a plea of guilty to illegal transportation of a motor vehicle in interstate commerce, in violation of § 408 [now §§ 2311–2313], Title 18 U.S.C.A.;

And it appearing that under § 408 the court has jurisdiction of the person of the appellant;

And it appearing that the mental examination of appellant was ordered by the court prior to arraignment and that a qualified alienist reported prior to imposition of sentence that the appellant was not insane:

It is ordered that the judgment of the District Court denying appellant's motion for vacation of judgment be, and it hereby is, affirmed.

## Charles Lee McINTOSH v. UNITED STATES.

### No. 10676.

United States Court of Appeals
Sixth Circuit.

Dec. 7, 1948.
Writ of Certiorari Denied March 7, 1949.
See 69 S.Ct. 644.

No appearance for appellant.

Ray O'Donnell, of Cincinnati, Ohio, for appellee.

Before HICKS, Chief Judge, and ALLEN and MILLER, Circuit Judges.

PER CURIAM.

This case came on to be heard on appellant's motion to vacate judgment, and on the record and briefs and oral argument of counsel for the appellee, the appellant not appearing;

## C. T. POTTER et al., Appellants, v. KAISER COMPANY, Inc., a Corporation, and United States of America, Appellees.

### No. 11889.

United States Court of Appeals
Ninth Circuit.

Jan. 10, 1949.

Green, Landye & Peterson and James T. Landye, both of Portland, Or., for appellants.

Gordon Johnson and J. Warren Manuel, both of San Francisco, Cal., and Richard Devers, of Portland, Or. (Thelen, Marrin, Johnson & Bridges, of San Francisco, Cal., and Hart, Spencer, McCulloch & Rockwood, of Portland, Or., of counsel), for appellee Kaiser Co.

Tom C. Clark, Atty. Gen. of United States, H. G. Morison, Asst. Atty. Gen.,

706

Henry L. Hess, U. S. Atty., of Portland, Or., Enoch E. Ellison, Sp. Asst. to Atty. Gen., and Johanna M. D'Amico, Atty., Dept. of Justice, of Washington, D. C., for appellee United States.

Before MATHEWS, BONE, and ORR, Circuit Judges.

PER CURIAM.

The judgment of the District Court is affirmed upon the authority of Rogers Cartage Co. v. Reynolds, 6 Cir., 166 F.2d 317; Seese v. Bethlehem Steel Co., 4 Cir., 168 F.2d 58; Atallah v. B. H. Hubbert & Son, 4 Cir., 168 F.2d 993, certiorari denied Cingrigani v. B. H. Hubbert & Son, 69 S. Ct. 138; Battaglia v. General Motors Corp., 2 Cir., 169 F.2d 254, certiorari denied 69 S.Ct. 236; Darr v. Mutual Life Ins. Co., 2 Cir., 169 F.2d 262, certiorari denied 69 S.Ct. 166; Fisch v. General Motors Corp., 6 Cir., 169 F.2d 266, certiorari denied 69 S.Ct. 405.

John B. Tansil, U. S. Atty., of Billings, Mont., Enoch E. Ellison, Sp. Asst. to Atty. Gen., and Johanna M. D'Amico, Atty., U. S. Dept. of Justice, of Washington, D. C., for appellee United States.

Before MATHEWS, BONE and ORR, Circuit Judges.

PER CURIAM.

The judgment of the District Court is affirmed upon the authority of Rogers Cartage Co. v. Reynolds, 6 Cir., 166 F.2d 317; Seese v. Bethlehem Steel Co., 4 Cir., 168 F.2d 58; Atallah v. B. H. Hubbert & Son, 4 Cir., 168 F.2d 993, certiorari denied Cingrigani v. B. H. Hubbert & Son, 69 S.Ct. 138; Battaglia v. General Motors Corp., 2 Cir., 169 F.2d 254, certiorari denied 69 S.Ct. 236; Darr v. Mutual Life Ins. Co., 2 Cir., 169 F.2d 262, certiorari denied 69 S.Ct. 166; Fisch v. General Motors Corp., 6 Cir., 169 F.2d 266, certiorari denied 69 S.Ct. 405.

**A. G. ROLE, Appellant, v. J. NEILS LUMBER COMPANY, a Corporation, and United States of America, Appellees.**

No. 11924.

United States Court of Appeals Ninth Circuit.

Jan. 10, 1949.

Leif Erickson, of Helena, Mont., and H. L. Maury and A. G. Shone, both of Butte, Mont., for appellant.

Charles A. Hart, of Portland, Or. (Hart, Spencer, McCulloch & Rockwood, of Portland, Or., and Jardine, Chase & Stephenson, of Great Falls, Mont., of counsel), for appellee J. Neils Lumber Co.

Tom C. Clark, Atty. Gen. of United States, H. G. Morison, Asst. Atty. Gen.,

**Carl S. SEELY, Appellant, v. PEOPLE OF STATE OF CALIFORNIA, and Robert A. Heinze, Warden of the State Prison at Folsom, Appellee.**

No. 12010.

United States Court of Appeals Ninth Circuit.

Jan. 4, 1949.

Rehearing Denied Feb. 15, 1949.

Carl S. Seely, in pro. per., for appellant.

Fred N. Howser, Atty. Gen. of California, and Clarence A. Linn, Deputy Atty. Gen., of California, for appellee.

Before STEPHENS and ORR, Circuit Judges, and HARRISON, District Judge.

PER CURIAM.

The judgment of the District Court is affirmed.